**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 8 WAL 2019

Respondent :

v. : Petition for Allowance of Appeal from
  : the Order of the Superior Court
  :

LARRY J. MASON, :

Petitioner :

## ORDER

**PER CURIAM**

AND NOW, this 2nd day of July, 2019, the Petition for Allowance of Appeal is DENIED.